UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-22779-CIV-JORDAN

| | |
|---|---|
| TVESTMENTS, LTD | ) |
|     Plaintiff | ) |
| vs. | ) |
| L.K. STATION GROUP, LLC, | ) |
| SLN MANAGEMENT, LLC, | ) |
| SPECIAL K INVESTORS, LLC | ) |
|     Defendants | ) |

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

Tvestments filed its complaint for damages and lien foreclosure against L.K. Station Group, LLC, SLN Management, LLC, and Special K Investors, LLC. I *sua sponte* raise the issue of jurisdiction because the complaint does not sufficiently allege the citizenship of the parties, specifically that of the three limited liability companies.

When a plaintiff asserts diversity jurisdiction, it has the burden to prove that there is complete diversity. *See King v. Cessna Aircraft Co.*, 505 F.3d 1160, 1171 (11th Cir. 2007). In *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990), the Supreme Court held that for purposes of diversity of citizenship, a limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens. The Eleventh Circuit has held that like a limited partnership, a limited liability company is a citizen of any state of which a member of the company is a citizen. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). "[T]o sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company and all the partners of the limited partnership." *Id.*

Here, Tvestments failed to adequately allege in its complaint the citizenships of the three limited liability companies. Tvestments only alleges the state where each company was formed and its principal place of business. Because Tvestments failed to list the citizenships of all the members of each limited liability company, it failed to carry its burden of establishing diversity of citizenship.

The complaint is therefore DISMISSED WITHOUT PREJUDICE. By November 4, 2008, Tvestments shall file its amended complaint, properly alleging diversity of citizenship for the limited liability companies. If the amended complaint is not filed by then, this case will be dismissed without prejudice, and the matter will be closed.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record